IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBLE/DOVER STREET APARTMENTS, INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-05-2033 |
| PRIMIS CONSTRUCTION, LLC, *et al.*, Defendants. | § § § § | |

## REMAND ORDER

In accordance with the Agreed Motion to Remand, it is hereby

**ORDERED** that the Agreed Motion to Remand [Doc. # 5] is **GRANTED** and this case is **REMANDED** to the 157th Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, this **7th** day of **July, 2005**.

Nancy F. Atlas
United States District Judge